d

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FOGAP IVO ATEMAFAC ET AL #A203600447, Plaintiff | CIVIL DOCKET NO. 1:20-CV-01369 SEC P |
| VERSUS | JUDGE JOSEPH |
| DIANE WITTE ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Petitioner's move for an order "immediately returning [Petitioner Bertrand Atenekara Awanaya ("Awanay") to the Western District of Louisiana. ECF No. 5 at 2. Petitioners' effectively request two orders: one order barring Awanaya's removal, and another order requiring Awanaya be transferred back to the Western District of Louisiana.

To date, the Court has not determined whether a virtual or in-person hearing will be necessary to decide this case, or whether Awanaya's or another Petitioner's presence or testimony may be needed. The Government has also not had the opportunity to offer meaningful counterargument justifying Awanaya's transfer or prospective removal.

This Court has ruled upon the factual, statutory, and procedural issues underlying both requests, and thus, need not do so again here in detail. *See Jamal v. Warden*, No. 1:20-CV-00841-P, 2020 WL 4578964, at *1 (W.D. La. July 16, 2020),

*report and recommendation adopted,* No. 1:20-CV-00841-P, 2020 WL 4578978 (W.D. La. Aug. 7, 2020). Petitioner's request to temporarily bar Awanaya's removal from the United States – during the pendency of a proceeding in which there may be a hearing before this Court – is hereby GRANTED. *Contra. Sharma v. Warden*, No. 1:20-CV-00923-P, 2020 WL 5033605, at *1 (W.D. La. July 29, 2020), *report and recommendation adopted,* No. 1:20-CV-00923-P, 2020 WL 5032211 (W.D. La. Aug. 25, 2020). However, Petitioner's request to be transferred back to this judicial District – a request for the Court to decide matters related to the transfer and detention of civil detainees – is DENIED at present. *See, e.g., Jamal*, No. 1:20-CV-00841-P, 2020 WL 4578964, at *1.

IT IS ORDERED that Awanaya not be removed from the United States pending further orders from the Court.

SIGNED on Monday, November 9, 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE